UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | EP-22-CV-00412-FM |
| § | |
| **ETHOS TECHNOLOGIES, INC.** a/k/a § | |
| **ETHOS LIFE INSURANCE SERVICES,** § | |
| *a Delaware Corporation*, § | |
| § | |
| **Defendant.** § | |

**FINAL JUDGMENT AND DISMISSAL**

Before the court is "Notice of Dismissal with Prejudice" [ECF No. 4], filed December 2, 2022, by Brandon Callier ("Plaintiff"). A plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment," the effect of which is dismissal without prejudice unless the notice states otherwise.[1] Defendant has not answered or moved for summary judgment. Accordingly:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this **13th** day of **February 2023**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**

---

[1] Fed. R. Civ. P. 41(a)(1).

1